IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Century Surety Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Jim Hipner LLC, Robert Lopez, | ) | |
| Huey Brock, Jose Chavez, and | ) | |
| Abraham Reyes, | ) | |
| | ) | Case No. 4:12-cv-164 |
| Defendants. | ) | |

Before the court is the Plaintiff's Motion for attorney Patrick E. Winters to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Patrick E. Winters has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 5) is **GRANTED**. Attorney Patrick E. Winters is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 17th day of December, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge