**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Century Surety Company, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING** |
| ) | **STIPULATION TO AMEND** |
| vs. ) | **SCHEDULING/DISCOVERY PLAN** |
| ) | |
| Jim Hipner LLC, Robert Lopez, ) | |
| Huey Brock, Jose Chavez, and ) | |
| Abraham Reyes, ) | Case No. 4:12-cv-164 |
| ) | |
| Defendants. ) | |

Before the court is a "Stipulation to Amend Scheduling/Discovery Plan" filed October 9, 2013. The court **ADOPTS** the stipulation (Docket No. 28) and **ORDERS** the Scheduling/Discovery Plan (Docket No. 25) **AMENDED** as follows:

1. The parties shall have until January 31, 2014 to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by March 7, 2014, except for rebuttal experts whose reports shall be provided by April 7, 2014.

3. The parties shall have until May 7, 2014 to complete discovery depositions of expert witnesses.

4. The parties shall have until June 7, 2014 to file other dispositive motions (summary judgment as to all or part of the case).

5. The parties shall be ready to evaluate the case for settlement purposes by May 15, 2014.

1

**IT IS SO ORDERED.**

Dated this 16th day of October, 2013.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court