# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Century Surety Company, | ) |
| Plaintiff, | ) **ORDER CANCELLING TRIAL AND** |
| | ) **FINAL PRETRIAL CONFERENCE** |
| vs. | ) |
| Jim Hipner LLC, Robert Lopez, Huey Brock, Jose Chavez, and Abraham Reyes, | ) Case No. 4:12-cv-164 |
| Defendants. | ) |

On September 2, 2014, the court held a telephonic status conference to discuss the need to continue the existing trial date to allow adequate time for a court-hosted settlement conference and for the court to resolve the pending summary judgment motions if a settlement is not reached. Bradford S. Moyer and Scott K. Porsborg appeared on plaintiff's behalf. Duane A. Lillehaug appeared on behalf of defendant Jim Hipner LLC. Michael D. Ainbinder and Colleen M. Pratt appeared on behalf of defendant Huey Brock.

Pursuant to the agreement of the parties, the bench trial set for October 7, 2014, and the final pretrial conference set for September 23, 2014, are **CANCELLED** and will be reset at a later date if necessary. Further, the court will defer ruling on the pending summary judgment motions until after the settlement conference is held.

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court