# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Century Surety Company, ) | |
| ) | |
| Plaintiff, ) | **ORDER DEFERRING RULING ON** |
| ) | **SUMMARY JUDGMENT MOTIONS** |
| vs. ) | |
| ) | |
| Jim Hipner LLC, Robert Lopez, Huey ) | |
| Brock, Jose Chavez, and Abraham Reyes, ) | Case No. 4:12-cv-164 |
| ) | |
| Defendants. ) | |

On October 28, 2014, the court held a settlement conference in the above-captioned case. Based on the status of settlement discussions, the court will defer ruling on the pending summary (Docket Nos. 35, 38 & 41) until after December 5, 2014.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2014.

            */s/ Charles S. Miller, Jr.*
            Charles S. Miller, Jr., Magistrate Judge
            United States District Court